(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) George Cooper
(Name of Plaintiff)      (Inmate Number)

1181 Paddock Road Sawyers 19977
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)      (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) State of Delaware Attorney General Officer
(2) State Police Troop 3
(3) Department of Corrections
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

3 5 6
(Case Number)
( to be assigned by U.S. District Court)

**CIVIL COMPLAINT**

• • Jury Trial Requested

I.   PREVIOUS LAWSUITS

A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

_____
_____
_____
_____
_____

FILED
JUN 13 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • • Yes • (No)

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? (Yes) • • No

C. If your answer to "B" is Yes:

1. What steps did you take? _____

2. What was the result? _____

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: George Fitzgerald Cross

Employed as N/A at _____

Mailing address with zip code: 1181 Paddock Road Smyrna 19977

(2) Name of second defendant: _____

Employed as Department of Corrections at 1181 Paddock Smyrna 19977

Mailing address with zip code: _____

(3) Name of third defendant: Business Officer Department of Corrections

Employed as _____ at _____

Mailing address with zip code: _____

1181 Paddock Road Smyrna Del 19977

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. The Department of Corrections has Above my Account without my permission After my Fied was already Paid-up 2 My Propey was Broke By the Deportmut of Correction

2.

3.

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I want the Court make the Department of Correction to pay for my thing and give my money Back Pay For Pay in Suffin

$5000,000.00

3

2. _____

3. _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __15__ day of __June__, 2_008_.

_George Cain_
(Signature of Plaintiff 1)

_George Cain_
(Signature of Plaintiff 2)

_George Cain_
(Signature of Plaintiff 3)

I/M Guango Fingeeas Correa
SBI# 00180801   UNIT C Building
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Cass number 294JJF
is the Risct Info that
You need is all done
And Completed

Clerk/
United States District Court.
LockBox 18
844 King Street
Wilm Del 19801.



U.S.M.S. X-RAY

198018519 C012