# NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

RECEIVED JUL 17 2008 U.S. C.A. 3rd

U.S. District Court for the District of Delaware

CIRCUIT COURT DOCKET NUMBER: _____ (leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

Guango Fitzgeald Correa
State of Delaware Attorney General Officer
State Police Troop 3
v.
And Department of Correction.

DISTRICT COURT DOCKET NUMBER: 08-356 JJF

DISTRICT COURT JUDGE: Joseph J Farnan Jr

Notice is hereby given that __Petition Guango Fitzgeald Correa__
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [ ] Order,
[ ] Other (specify) _____

entered in this action on __June 16 2005__ (date)

Dated: 7/15/08

__Guango Correa__
(Counsel for Appellant-Signature)

| (Name of Counsel - Typed) | (Counsel for Appellee) |
| --- | --- |
| (Address) | (Address) |
| (City, State Zip) | (City, State Zip) |
| (Telephone Number) | (Telephone Number) |

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| GUANGO FITZGERALD CORREA,<br><br>          Plaintiff,<br><br>          v.<br><br>STATE OF DELAWARE ATTORNEY<br>GENERAL OFFICER,<br>STATE POLICE TROOP 3,<br>DEPARTMENT OF CORRECTIONS,<br><br>          Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 08-356-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**FILING FEE ORDER**

1. The plaintiff Guango Fitzgerald Correa, SBI #0018087, a <u>pro se</u> litigant who is presently incarcerated, has filed this action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee.

2. Consistent with 28 U.S.C. § 1915(a)(1), the plaintiff submitted an affidavit stating that he has no assets with which to prepay the filing fee. Based on the plaintiff's affidavit, his request to proceed <u>in forma pauperis</u> is granted.

3. Notwithstanding the above, pursuant to 28 U.S.C. § 1915(b)(1), the plaintiff shall be assessed the filing fee of $350.00. In order to determine the schedule of payment of the filing fee, the plaintiff shall submit to the Clerk of Court, a certified copy of his trust fund account statement (memorandum or institutional equivalent, with attachments) **showing all deposits, expenditures and balances** during the six-month period,

immediately preceding the filing of the complaint, obtained from the appropriate official at the institution at which the plaintiff is confined. **FAILURE OF THE PLAINTIFF TO RETURN THE REQUESTED INFORMATION WITHIN 30 DAYS FROM THE DATE THIS ORDER IS SENT SHALL RESULT IN DISMISSAL OF THIS ACTION WITHOUT PREJUDICE.**

     4. Unless the Court determines from the plaintiff's financial information that he has no assets whatsoever, an initial partial filing fee of 20 percent (20%) of the greater of the plaintiff's average monthly deposit or average monthly balance in the trust fund account shall be required to be paid before the court reviews the complaint. **NOTWITHSTANDING ANY PAYMENT MADE, THE COURT SHALL DISMISS THE CASE IF THE COURT DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH RELIEF.**

     5. Pursuant to 28 U.S.C. § 1915(g), if the plaintiff has had three or more actions dismissed by the Court on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, then the Court shall deny the plaintiff leave to proceed *in forma pauperis* in all future suits filed without prepayment of the filing fee, unless the Court determines that the plaintiff is under imminent danger of serious physical injury.

DATED: June 26, 2008

                                                   United States District Judge

I/M Guango Correa

SBI# 00180807     UNIT C Building

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977





RECEIVED JUL 17 2008 U.S.C.A. 3rd



United States Court of Appeals
for the Third Circuit
601 Market Street
Philadelphia, PA 19106

OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

July 24, 2008

Peter T. Dalleo, Clerk
United States District Court
J. Caleb Boggs Federal Building
Lockbox 18
844 King Street
Wilmington, DE 19801-3570

Re:   Correa v. State of Delaware
      D. Del. No. 08-cv-00356

Dear Mr. Dalleo:

    Pursuant to Rule 4(d), Federal Rules of Appellate Procedure, and Rule 3.4, Third Circuit Local Appellate Rules, we are forwarding the attached notice of appeal from the District Court order entered 6/26/08 which was filed with this office in error. See Rule 3(a)(1), Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules. **The notice was placed in institutional mail on 7/15/08 and should be docketed as of that date.**

    This document is being forwarded solely to protect the litigant's right to appeal as required by the Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules. Upon receipt of the document, kindly process it according to your Court's normal procedures. If your office has already received the same document, please disregard the enclosed copy to prevent duplication.

    Pursuant to Rule 3(a)(1), Federal Rules of Appellate Procedure, a notice of appeal must be filed with the Clerk of the District Court. This Court may not act on an appeal until the notice has been docketed in the District Court and certified to this Court by the District Court Clerk.

    Thank you for your assistance in this matter.

Very truly yours,

Marcia M. Waldron, Clerk

By: /s/ Laura L. Davis
     Deputy Clerk

Enclosure
cc:  Mr. Guango Correa (w/out enclosure)