NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

RECEIVED
JUL 17 2008
U.S. C.A. 3rd

U.S. District Court for the District of Delaware

CIRCUIT COURT
DOCKET NUMBER: _____ (leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT COURT
DOCKET NUMBER: 08-356 JJF

Gwongo Fitzgeral Correa
STOTE OF Delaware ATTORNEY GENERAL OFFICER
STATE Police TROOP 3      v.
And Department of Correction.

DISTRICT COURT
JUDGE: Joseph J Farnan Jr

Notice is hereby given that ___Petition Gwongo Fitzgeald Correa___
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [ ] Order,

[ ] Other (specify) _____

entered in this action on ___June 16 2005___
(date)

Dated: 7/15/08

___Gwongo Correa___
(Counsel for Appellant-Signature)

_____    _____
(Name of Counsel - Typed)      (Counsel for Appellee)

_____    _____
(Address)                                (Address)

_____    _____
(City, State Zip)                      (City, State Zip)

_____    _____
(Telephone Number)              (Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RECEIVED
KL
JUL 17 2008
U.S. C.A. 3rd

| | |
|---|---|
| GUANGO FITZGERALD CORREA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08-356-JJF |
| STATE OF DELAWARE ATTORNEY GENERAL OFFICER, STATE POLICE TROOP 3, DEPARTMENT OF CORRECTIONS, | ) |
| Defendants. | ) |

**FILING FEE ORDER**

1. The plaintiff Guango Fitzgerald Correa, SBI #0018087, a *pro se* litigant who is presently incarcerated, has filed this action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee.

2. Consistent with 28 U.S.C. § 1915(a)(1), the plaintiff submitted an affidavit stating that he has no assets with which to prepay the filing fee. Based on the plaintiff's affidavit, his request to proceed *in forma pauperis* is granted.

3. Notwithstanding the above, pursuant to 28 U.S.C. § 1915(b)(1), the plaintiff shall be assessed the filing fee of $350.00. In order to determine the schedule of payment of the filing fee, the plaintiff shall submit to the Clerk of Court, a certified copy of his trust fund account statement (memorandum or institutional equivalent, with attachments) **showing all deposits, expenditures and balances** during the six-month period,

immediately preceding the filing of the complaint, obtained from the appropriate official at the institution at which the plaintiff is confined. **FAILURE OF THE PLAINTIFF TO RETURN THE REQUESTED INFORMATION WITHIN 30 DAYS FROM THE DATE THIS ORDER IS SENT SHALL RESULT IN DISMISSAL OF THIS ACTION WITHOUT PREJUDICE.**

    4. Unless the Court determines from the plaintiff's financial information that he has no assets whatsoever, an initial partial filing fee of 20 percent (20%) of the greater of the plaintiff's average monthly deposit or average monthly balance in the trust fund account shall be required to be paid before the court reviews the complaint. **NOTWITHSTANDING ANY PAYMENT MADE, THE COURT SHALL DISMISS THE CASE IF THE COURT DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH RELIEF.**

    5. Pursuant to 28 U.S.C. § 1915(g), if the plaintiff has had three or more actions dismissed by the Court on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, then the Court shall deny the plaintiff leave to proceed *in forma pauperis* in all future suits filed without prepayment of the filing fee, unless the Court determines that the plaintiff is under imminent danger of serious physical injury.

DATED: June 26, 2008

                                                United States District Judge

